IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OTONIEL TYLER PENNINGS,**<br><br>  Plaintiff,<br><br>  v.<br><br>**R. BROOMFIELD, et al.,**<br><br>  Defendants. | Case No. 1:15-cv-01183-EPG<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

    Good cause appearing, Defendants Gipson (Warden), Broomfield, Perez, Nava, Weaver, and Rodriguez's request for an extension of time to respond to Plaintiff's complaint is granted. Defendants Gipson, Broomfield, Perez, Nava, Weaver, and Rodriguez's deadline to respond to Plaintiff's complaint is extended until twenty-one days after the Court rules on Defendants Borges and Torres's motion to dismiss.

IT IS SO ORDERED.

    Dated: **June 19, 2017**　　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1