| | |
|---|---|
| OTONIEL TYLER PENNINGS,<br><br>    Plaintiff,<br><br>v.<br><br>J.C. SMITH, et al.,<br><br>    Defendants. | Case No. 1:15-cv-01183-EPG-PC<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO IDENTIFY JOHN DOE DEFENDANTS<br><br>(ECF No. 20.)<br><br>**90 DAY DEADLINE** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Otoniel Tyler Pennings ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.[1] On January 30, 2017, the Court screened the complaint pursuant to its authority in 28 U.S.C. § 1915A and found that it states cognizable claims against several defendants, including at least three John Doe (i.e. unknown) defendants, for conditions of confinement in violation of the Eighth Amendment and for retaliation in violation of the First Amendment. (ECF No. 10.) On March 13, 2017, Plaintiff was granted 90 days to identify the John Doe defendants. (ECF No. 12.)

On June 12, 2017, Plaintiff filed the instant motion for extension of time requesting more time to identify the John Doe defendants. (ECF No. 20.) The Court finds good cause to grant the motion for the reasons provided by Plaintiff in the motion. Within ninety (90) days from the date of this order, Plaintiff shall identify the John Doe defendants as described in detail in the Court's March 13, 2017 order. (ECF No. 12.)

\\\

---

[1] On August 24, 2015, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. ' 636(c), and no other parties have made an appearance. (ECF No. 6). Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required.

**The failure to comply with this order may result in the dismissal of this action.**

IT IS SO ORDERED.

Dated: **June 19, 2017**    /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE